IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scott, Barbara J

Printed: 2/19/08

Case Number: 07 B 19425
Judge: Wedoff, Eugene R
Filed: 10/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 3,268.45 | 0.00 |
| 6. | DaimlerChrysler Servs North America | Secured | 12,285.65 | 0.00 |
| 7. | Citi Residential Lending | Secured | 51,411.62 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 1,453.94 | 0.00 |
| 9. | Internal Revenue Service | Priority | 16,909.77 | 0.00 |
| 10. | Midnight Velvet | Unsecured | 21.58 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 1,206.14 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 82.58 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 112.76 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 17.71 | 0.00 |
| 15. | Ginny's | Unsecured | 19.48 | 0.00 |
| 16. | RMI/MCSI | Unsecured | 10.00 | 0.00 |
| 17. | Cash LLC | Unsecured |  | No Claim Filed |
| 18. | Cash LLC | Unsecured |  | No Claim Filed |
| 19. | Creditors Collection Service | Unsecured |  | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 21. | Sterling & King | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 86,799.68 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Scott, Barbara J | Case Number:  07 B 19425 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/19/08 | Filed:  10/19/07 |

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

